UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JAMES DUBORD,
    Plaintiff,

v.                                                        Case No. 18-cv-1155

LIPPERT TILE CO. INC.,
    Defendant.

## STIPULATION FOR DISMISSAL

The Plaintiff, James Dubord, by his attorneys, Walcheske & Luzi, LLC, & Defendant, Lippert Tile Co. Inc. by its attorneys, Litchfield Cavo, LLP, hereby stipulate that this action may be dismissed with prejudice to its reinstatement, on the merits, and without costs to any party.

Dated this 13th day of June, 2019.

s/Matthew J. Tobin
Matthew J. Tobin,
WI Bar No. 1097545
Attorney for Plaintiff
WALCHESKE & LUZI, LLC
15850 W. Bluemound Rd., Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
E-mail: mtobin@walcheskeluzi.com

s/Lynne M. Mueller
Lynne M. Mueller,
WI Bar No.1003577
Attorney for Defendant
LITCHFIELD CAVO, LLP 250 E.
Wisconsin Ave., Suite 800
Milwaukee, Wisconsin 53202
Telephone: (414) 488-1837
E-mail: mueller@litchfieldcavo.com